Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | THONG TRAN |
| **Docket Number:** | 2:07CR00465-02 |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Morrison C. England, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 04/30/2009 |
| **Original Offense:** | 21 USC 846 and 841 (a)(1), Conspiracy to Manufacture Over 1,000 Plants of Marijuana<br>(CLASS A FELONY) |
| **Original Sentence:** | 25 months custody Bureau of Prisons, 60 months supervised release, mandatory testing, $100 special assessment. |
| **Special Conditions:** | 1) Search; 2) Financial disclosure; 3) Drug and alcohol treatment; 4) Drug and alcohol testing; 5) Cooperate with immigration officials; 6) Participate in co-payment plan; and 7) Register as a drug offender. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 05/27/2009 |
| **Assistant U.S. Attorney:** | Michael Beckwith          **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Steven D. Bauer          **Telephone:** (916) 447-8262 |

**RE:     TRAN, Thong**
**        Docket Number:  2:07CR00465-02**
**        PETITION TO MODIFY THE CONDITIONS OR TERM**
**        OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Other Court Action:**

| | |
|---|---|
| 10/14/2009: | Probation Form 12A, Report of Offender Non-Compliance, alleging use of cocaine and failure to drug test.  The Court approves Probation Officer's plan requiring drug testing and substance abuse counseling. |

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

> The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

**Justification:**   Since the offender commenced supervision on May 27, 2009, he has been drug testing four times monthly with Turning Point Aftercare services.  In October 2009, the offender submitted a positive test for cocaine and failed to appear for testing as directed.  As a result of his drug use, the offender's drug testing was increased and he was referred to substance abuse counseling.  The offender has been attending counseling regularly, but has relapsed with drug use.  On November 9, 2009, he submitted a positive drug test for MDA, MDMA (Ecstasy).

The offender has been honest with his drug use and is requesting additional counseling to address his substance abuse issues.  According to his counselor with Turning Point, the offender has been making positive strides in his treatment, despite his recent drug use. The counselor feels the offender can benefit from additional counseling services and also believes that his alcohol use has contributed to his drug use.  The offender maintains employment in his uncle's landscaping business and aside from his drug use, has been responsive to his supervision conditions.  In order to assist the offender with his substance abuse issues, it is recommended that his supervision  conditions be modified to include an alcohol restriction.  In addition to this condition, it is further  recommended, that the offender be allowed to remain in the community to continue drug testing and outpatient counseling services with Turning Point Aftercare services.  The offender is in agreement with this plan and has

**RE:   TRAN, Thong**
     **Docket Number:  2:07CR00465-02**
     <u>**PETITION TO MODIFY THE CONDITIONS OR TERM**</u>
     <u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

signed a Waiver of Hearing to Modify Conditions of Supervised Release.  This form is attached for the Court's review.

                              Respectfully submitted,



                              **MARLENE K. DEORIAN**
                              **Senior United States Probation Officer**
                              Telephone:  559-499-5729


**DATED:**    12/14/2009
          Fresno, California
          mkd



**REVIEWED BY:**      _____
                     **HUBERT J. ALVAREZ**
                     **Supervising United States Probation Officer**

RE:   TRAN, Thong
      Docket Number:  2:07CR00465-02
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

(XX)   Modification approved as recommended.

(  )   Modification not approved at this time.  Probation Officer to contact Court.

(  )   Other:

Dated:  December 24, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

cc:   United States Probation
      Beckwith, Assistant United States Attorney
      Bauer, Assistant Federal Defender
      Defendant
      Court File